## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Darrell J. LaRue

     v.                                           No. 07-fp-096

New Hampshire State Prison,
Lakes Region Facility, Warden

### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **07-cv-096-SM**.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: April 9, 2007

cc:    Darrell J. LaRue, pro se